83,522-01

No. W-61,477-01-E

Ex Parte

Jeremiah Scott

IN THE District Court

108th Judical District

Potter County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

CHANGE of Address

Comes Now Jeremiah Scott Pro SE and Would like to notify the court of Change of Address and Also let the Court Know that I Am waiting on a letter From Appealldte counsel to show that a plea offer was offered by State but Never conveyed to me this Would be an Exhibit

New Address

Jeremiah Scott #02007290

John Middleton Unit

13055 F.M. 3522

Abilene, TX 79601

Date

I request that clerk Respond upon Receiving this Notice

Respectfully Submitted

Jeremiah Scott